**Opinion filed February 19, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-08-00314-CV

_____

**WILLIAM HAROLD AGNEW, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 08470-D**

## M E M O R A N D U M   O P I N I O N

William Harold Agnew has filed in this court a motion to dismiss his appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

February 19, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.